# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBERT C. BUTLER,

               Petitioner,

     v.

PATRICIA V. BRADLEY, et al.,

             Respondents.

Case No. CV 20-11211 DMG (RAO)

**JUDGMENT**

     Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED:  November 30, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE